ROBERTO RAMOS et al., Individually and on Behalf of All Other
Persons Similarly Situated, Appellants, v SIMPLEXGRINELL
LP et al., Respondents.

Decided February 13, 2014

See 740 F3d 852.

Certification of questions by the United States Court of Appeals for the Second Circuit, pursuant to section 500.27 of the Rules of Practice of the Court of Appeals (22 NYCRR 500.27), accepted and the issues presented are to be considered after briefing and argument.

Concur: Chief Judge LIPPMAN and Judges GRAFFEO, READ, SMITH, PIGOTT, RIVERA and ABDUS-SALAAM.